Patrick CHRISTIAN, Plaintiff–
Appellant,

v.

Commonwealth State Of VIRGINIA,
Defendant–Appellee.

No. 15–6657.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Patrick Christian, Appellant Pro Se.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Christian seeks to appeal the district court's order dismissing without prejudice his civil complaint under 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2012) for failure to state a claim upon which relief may be granted and because the complaint was otherwise frivolous. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interloc-

utory and collateral orders. 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). "Dismissals without prejudice are generally not appealable final orders." *In re GNC Corp.*, 789 F.3d 505, 511 n. 3 (4th Cir.2015). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Christian seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*